UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CASEY NIXON-CLARK ET AL, Plaintiff | CIVIL DOCKET NO. 1:22-CV-05297 SEC P |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| USA ET AL, Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 10), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that this civil action is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**THUS, DONE AND SIGNED** in Chambers this 26th day of August, 2025.

_____
**ROBERT R. SUMMERHAYS**
**UNITED STATES DISTRICT JUDGE**